UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-61851-CV-COHN

Magistrate Judge Seltzer

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,

vs.

OSCAR I. GARCIA, ARCHITECT, P.A., a
Florida Corporation, OSCAR I. GARCIA,
individually; and 200 EAST PARTNERS, LLC,
a Florida limited liability company,

    Defendants,

OSCAR I. GARCIA, ARCHITECT, P.A.

    Counter-Plaintiff,

vs.

JAMES RIVER INSURANCE COMPANY,

    Counter-Defendant.
_____/

## FINAL SUMMARY DECLARATORY JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered order granting James River's Motion for Summary Judgment.  Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. A Declaratory Judgment is hereby entered on behalf of James River Insurance Company, and against Oscar I. Garcia, Architect, P.A., Oscar I. Garcia, individually (collectively, "Garcia"), and 200 East Partners, LLC;

2. The Court finds that James River has no duty to defend or indemnify Oscar I. Garcia, Architect, P.A., or Oscar I. Garcia, individually (collectively, "Garcia"), for the 200 East Partners, LLC claim and lawsuit against Garcia.

3. On the Counterclaims of Oscar I. Garcia, Architect, P.A., summary judgment is

hereby awarded to James River, and Counter-Plaintiff Garcia shall take nothing from James River in this action;

4. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2012.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record on CM/ECF